Lorenzo Gasparetti (SBN 135976)
Email: lgasparetti@reedsmith.com
Karen A. Braje (SBN 193900)
Email: kbraje@reedsmith.com
Kristine H. Chen (SBN 239925)
Email: kchen@reedsmith.com
Christopher O. Rivas (SBN 238765)
Email: crivas@reedsmith.com
**REED SMITH LLP**
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendant
MortgageIT, Inc.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>JESUS GUTIERREZ GALINDO AND ALICIA GALINDO,<br><br>Debtors.<br><br>JESUS GUTIERREZ GALINDO AND ALICIA GALINDO,<br><br>Plaintiffs,<br><br>vs.<br><br>MORTGAGEIT, INC., WASHINGTON MUTUAL BANK, J.P. MORGAN CHASE BANK, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., HILLTOP FINANCIAL MORTGAGE, INC., GLORIA GARDNER AND THANH NGUYEN,<br><br>Defendants. | Case No.: 08-53439 RLE<br><br>Adversary No. 10-05112<br><br>Chapter 13<br><br>**NOTICE OF HEARING ON DEFENDANT MORTGAGEIT, INC.'S MOTION TO DISMISS COMPLAINT IN ADVERSARY PROCEEDING**<br><br>**Date:** July 29, 2010<br>**Time:** 10:30 a.m.<br>**Place:** Courtroom 3099<br><br>Compl. Filed: May 11, 2010<br>Trial Date: Not Yet Set<br><br>Honorable Roger L. Efremsky<br><br><u>Filed concurrently with:</u><br>Motion to Dismiss<br>Memorandum of Points and Authorities<br>Request for Judicial Notice |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on July 29, 2010, at 10:30 a.m., or as soon thereafter as the parties may be heard, in Courtroom 3099 of the above-entitled Court, located at 280 South First Street, Third Floor, San Jose, California 95113, there will be a hearing on defendant MortgageIT, Inc. ("MortgageIT") Motion to Dismiss the Complaint of plaintiffs Jesus Gutierrez Galindo and Alicia Galindo ("Plaintiffs") in the adversary proceeding, for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Bankruptcy Procedure 7012(b) and Federal Rule of Civil Procedure 12(b)(6).

DATED: June 11, 2010.   REED SMITH LLP

By   /s/ Christopher O. Rivas
Lorenzo Gasparetti (SBN 135976)
Karen A. Braje (SBN 193900)
Kristine H. Chen (SBN 239925)
Christopher O. Rivas (SBN 238765)
Attorneys for Defendant
MortgageIT, Inc.

US_ACTIVE-103838304.1